**Motion Denied and Order filed July 11, 2019.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-18-00944-CR**

_____

**IVIS ESCOBAR ROSALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court
Harris County, Texas
Trial Court Cause No. 1498480**

## ORDER

Appellant is represented by appointed counsel, Cheri Duncan. Appellant's brief was originally due March 25, 2019. We have granted an additional 88 days—until June 21, 2019—for Duncan to file appellant's brief. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed by the extended deadline. On July 2, 2019, Duncan

filed a further request for extension of time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the request for extension and issue the following order.

We order Cheri Duncan to file a brief with the clerk of this court on or before **July 25, 2019**. If counsel does not file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Zimmerer.